# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AGAINST JACOB CHRISTIAN MERRELL

I, Evan Fischer, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit, pursuant to Federal Rule of Criminal Procedure 4, in support of an application for a criminal complaint and an accompanying arrest warrant for **JACOB CHRISTIAN MERRELL** (**□MERRELL□**). All dates, locations, and amounts listed in my affidavit are approximations.

2. Affiant has been a law enforcement officer for approximately fourteen years. Affiant is currently employed as a Special Agent of the Federal Bureau of Investigation since July of 2022. While assigned to the FBI, Affiant investigated and assisted with investigating federal criminal violations related to domestic violent incident crimes, including gang investigations, narcotics investigations, bank robberies, fugitives, threats and / or assaults of federal officials, police killings, and mass killings. Affiant is a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. § 875(c), and is authorized by the Attorney General of the United States to request this arrest warrant. I have training and experience in exploiting and using data collected from electronic communication devices in the investigation and prosecution of criminal violations.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses and others associated with this investigation. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrant and does not set forth all my knowledge about this matter.

4. Based on the facts set forth in this affidavit, there is probable cause to believe that a violation of 18 U.S.C. § 875(c) (Threatening Interstate Communications) was committed by **MERRELL** in the Southern District of Alabama and elsewhere.

## PROBABLE CAUSE

5. **MERRELL** is a resident of Baldwin County, Alabama, located in the Southern District of Alabama.

6. Meta Platforms owns and operates several prominent social media platforms and communication services, including Facebook, Instagram, WhatsApp, Messenger and Threads. Meta is headquartered in Menlo Park, California.

7. On 10/03/2026, at 9:46 AM Eastern Time, the FBI's National Threat Operations Section (NTOS) Exigent Threat Research and Analysis Crisis Team (EXTRACT) received a voluntary disclosure of information from Meta Platforms Inc. regarding subject Instagram username, jake_m_725, who made a post in which they threaten to kill everyone they work with the following day.

8. NTOS EXTRACT conducted the following investigative actions to positively identify the subject as Jacob **MERRELL**, AKA Jacob Christian Merrell, date of birth [redacted], at most recently listed address, [redacted].

9. Specifically, on 10/03/2026, at 09:02:05 UTC, the subject posted a video in which they stated:

> "Just got home after cleaning for two hours because of these dumbasses. So tomorrow when I get to work, I'm killing all of them. I'm shooting them all with a gun. Tomorrow I'm gonna pull up to work and kill everybody I work with because it's four o'clock in the morning and I just got home because these people don't know how to clean up a station... I wanna fucking shoot everybody tomorrow."

10. Meta Platforms Inc. provided the following information as being associated with the subject:

a. Instagram username: jake_m_725

b. Instagram display name: Jake Merrell

c. Instagram user ID: 45148321089

d. Threads username: jake_m_725

e. Email address: jacobcm725@gmail.com

f. Date of birth: [redacted]

g. IP address and device records

11. Meta provided FBI Mobile with a copy of the video posted by user name jake_m_725 and Affiant confirmed that the video did in fact contain the statements reported by Meta, and the video depicted **MERRELL** making the statements regarding killing his co-workers.

12. Title 18, United States Code, Section 857(c) prohibits transmission in interstate or foreign commerce of any communication containing a threat to kidnap any person or any threat to injure the person of another.

13. Based on my training and experience, I submit that MERRELL's communications, as recorded and reported by Meta, constitute a threat to injure the person of another.

14. Accordingly, I respectfully request that the Court issue a criminal complaint and an accompanying arrest warrant for **JACOB CHRISTIAN MERRELL** for a violation of 18 U.S.C. § 875(c) (Threatening Interstate Communications).

Respectfully submitted,

EVAN FISCHER Digitally signed by EVAN FISCHER Date: 2026.10.03 12:31:42 -05'00'

Evan Fischer
Special Agent
Federal Bureau of Investigation

THE ABOVE AGENT HAD ATTESTED TO THIS AFFIDAVIT PURSUANT TO FED. R. CRIM. P. 4.1(b)(2)(A) THIS 3rd DAY OF OCTOBER, 2026. 12:59pm

HONORABLE KATHERINE NELSON
UNITED STATES MAGISTRATE JUDGE

Certified to be a true and correct copy of the original.
Christopher Ekman
U.S. District Court Southern District of Alabama
By: Tina Wood
Deputy Clerk
Date: October 04, 2026